18

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Sixteenth Judicial District, County of Custer, STATE OF MONTANA, Plaintiff vs. JOSEPH JACOB LESER, Defendant.

## DECISION

No. 3048

The application of the above-named defendant for a review of the sentence for Count I, Burglary, 10 years; Count II, Theft, 10 years; both to be served concurrently and concurrent to any other sentence presently being served; credit for 106 days served; plus conditions as stated in the May 7, 1985 Decision rendered by Judge Martin; plus DANGEROUS DESIGNATION imposed on May 7, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

HONORABLE THOMAS HONZEL DISSENTING: He would remove the Dangerous Designation on the basis of the age of defendant and his history of non-violence, otherwise he would leave the remainder of the sentence the same.

We wish to thank Patti Jensen of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, dissenting, Douglas Harkin, Judges.